# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-663-305**

Effective date of registration:

February 4, 2013

## Title

- **Title of Work:** THE NECESSARY DEATH OF CHARLIE COUNTRYMAN
- **Nature of Work:** MOTION PICTURE

## Completion/Publication

- **Year of Completion:** 2013

## Author

- **Author:** COUNTRYMAN NEVADA, LLC
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** COUNTRYMAN NEVADA, LLC
  6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

## Limitation of copyright claim

- **Material excluded from this claim:** A SCREENPLAY
- **Previously registered:** Yes
- **Previous registration and year:** TXu 1-808-502   2012
- **New material included in claim:** ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL EFFECTS, DIALOGUE, ETC

## Certification

- **Name:** NICOLAS CHARTIER
- **Date:** January 23, 2013

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 67.162.103.12 | 12/8/13 08:53:27 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 2 | 67.167.248.222 | 12/8/13 05:16:46 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Harvey |
| 3 | 71.57.85.95 | 12/8/13 04:05:35 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 4 | 50.141.166.169 | 12/8/13 03:02:00 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 5 | 50.178.126.73 | 12/8/13 02:53:37 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Waukegan |
| 6 | 50.151.224.6 | 12/8/13 02:27:48 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Naperville |
| 7 | 24.1.32.194 | 12/8/13 12:35:52 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Burbank |
| 8 | 24.15.155.156 | 12/7/13 07:59:46 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Plainfield |
| 9 | 50.129.116.176 | 12/7/13 06:33:25 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Wilmette |
| 10 | 67.165.152.87 | 12/7/13 05:10:43 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 11 | 64.53.143.218 | 12/7/13 01:33:26 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Oak Forest |
| 12 | 98.253.112.231 | 12/6/13 05:04:37 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lyons |
| 13 | 69.47.14.164 | 12/5/13 07:26:55 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Calumet City |
| 14 | 67.163.5.234 | 12/5/13 04:05:24 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Dekalb |
| 15 | 50.141.236.34 | 12/4/13 05:55:31 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago Ridge |
| 16 | 71.201.70.233 | 12/3/13 08:18:58 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lake Forest |
| 17 | 50.172.227.47 | 12/3/13 04:43:56 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Burbank |
| 18 | 67.163.74.167 | 12/3/13 05:00:43 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Homewood |
| 19 | 67.175.64.50 | 12/2/13 06:36:23 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 20 | 24.1.55.197 | 11/30/13 09:49:41 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Oswego |
| 21 | 69.47.179.83 | 11/30/13 03:24:08 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Mount Prospect |
| 22 | 71.57.8.150 | 11/29/13 07:42:50 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Addison |
| 23 | 50.158.165.132 | 11/28/13 11:00:24 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Melrose Park |
| 24 | 24.1.189.47 | 11/28/13 10:26:55 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 25 | 67.184.117.122 | 11/28/13 07:17:13 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 26 | 68.46.208.238 | 11/28/13 11:54:29 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 27 | 74.199.45.104 | 11/28/13 05:54:52 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Rolling Meadows |
| 28 | 76.29.57.162 | 11/28/13 04:10:07 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Palatine |
| 29 | 50.179.25.10 | 11/28/13 01:11:41 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 30 | 67.176.210.73 | 11/28/13 12:29:40 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 31 | 24.7.192.219 | 11/27/13 04:51:35 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lisle |
| 32 | 50.77.161.181 | 11/27/13 02:54:25 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Business | Illinois | Chicago |