**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Countryman Nevada, LLC ) | | |
|     Plaintiff ) | | Case No: 14 C 40 |
| ) | | |
| v. ) | | |
| ) | | Judge: Samuel Der-Yeghiayan |
| Doe Number 1 ) | | |
|     Defendant ) | | |
| ) | | |

**ORDER**

Status hearing held and continued to 05/14/14 at 9:00 a.m. As stated on the record, Plaintiff will proceed against Defendant Doe Number 1. Plaintiff's motion for discovery [8] is granted as to Doe Number 1.

(T:0:05)

Date: March 11, 2014   /s/ _Samuel Der-Yeghiayan_
    Samuel Der-Yeghiayan
    U.S. District Court Judge